**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**       **Plaintiff**    v.  **GREATER BALTIMORE MEDICAL CENTER, INC.**       **Defendant.** | *  *  *  *  **Case No. 1:09-CV-2418 RDB**  *  *  * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANT GREATER BALTIMORE MEDICAL CENTER, INC.'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Greater Baltimore Medical Center, Inc. ("GBMC") defendant, by counsel, moves for summary judgment, pursuant to Federal Rule of Civil Procedure 56(b), for the reasons set forth in the accompanying memorandum in support.

        /s/
Lawrence J. Quinn, Bar No. 07545
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland  21202
Telephone:  410.752.9700
Facsimile:  410.727.5460
lquinn@tydingslaw.com

*Attorneys for Greater Baltimore Medical Center, Inc.*

#1307278v.1

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on October 12, 2010, the foregoing Defendant Greater Baltimore Medical Center, Inc.'s Motion for Summary Judgment and supporting memorandum was filed and served via the Court's ECF System on:

  Maria Salacuse, Esquire
  U.S. Equal Employment Opportunity Commission
  City Crescent Building
  10 South Howard Street, 3rd Floor
  Baltimore, Maryland 21201

            /s/
           Lawrence J. Quinn