IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. RDB-09-2418 |
| GREATER BALTIMORE MEDICAL, CENTER, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 21st day of January, 2011, ORDERED that:

1. Defendant Greater Baltimore Medical Center, Inc.'s Motion for Summary Judgment (ECF No. 36) is GRANTED;

2. Plaintiff Equal Employment Opportunity Commission's Motion for Summary Judgment (ECF No. 42) is DENIED;  and

3. The Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to the parties.

/s/_____

Richard D. Bennett
United States District Judge